IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| LAMBERT JOHNSON, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION H-05-3968 |
| | § | |
| DOUG DRETKE, | § | |
|     Respondent. | § | |

**FINAL JUDGMENT**

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this action is DISMISSED with prejudice.

SIGNED at Houston, Texas, on this 29th day of November, 2005.

*David Hittner*

_____

DAVID HITTNER

United States District Judge